1  LINDA WENDELL HSU (SBN 162971)
   MARK INBODY (SBN 180862)
2  ANET M. CASTRO (SBN 282086)
   SELMAN BREITMAN LLP
3  33 New Montgomery, Sixth Floor
   San Francisco, CA  94105
4  Telephone: (415) 979-0400
   Facsimile:  (415) 979-2099
5
   Attorneys for SCOTTSDALE INSURANCE
6  COMPANY, erroneously sued as Scottsdale
   Indemnity Company and Nationwide Insurance
7  Company of America



DENIED
Paul S. Grewal
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ENVIRONMENTAL RESOURCE RECOVERY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INDEMNITY COMPANY, an Ohio Corporation, NATIONWIDE INSURANCE COMPANY OF AMERICA, a Wisconsin Corporation, and DOES 1-100, inclusive<br><br>Defendants. | CASE NO.  CV12-06220-PSG<br><br>**[PROPOSED] ORDER GRANTING SCOTTSDALE INSURANCE COMPANY'S REQUEST TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THE MEDIATION AND PERMISSION TO APPEAR TELEPHONICALLY**<br><br>(DIVERSITY) |
|---|---|

## ORDER

Pursuant to Local ADR Rule 6-10(d) Defendant SCOTTSDALE INSURANCE COMPANY's request that its representative with settlement authority, Giselle Abernathy, be excused from personal attendance at the mediation and permitted to appear telephonically is APPROVED.

1

1  IT IS SO ORDERED.

2

3  Dated: April 22, 2013                                              Paul S. Grewal
                                    The Honorable Judge Singh Grewal
4                                   United States District Judge
                                                Magistrate

[Stamp: DENIED / Paul S. Grewal / Judge Paul S. Grewal / United States District Court, Northern District of California]

[PROPOSED] ORDER GRANTING SCOTTSDALE INSURANCE COMPANY'S REQUEST TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THE MEDIATION AND PERMISSION TO APPEAR TELEPHONICALLY

272510.2  380.33854

Selman Breitman LLP
ATTORNEYS AT LAW