UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENVIRONMENTAL RESOURCE RECOVERY, INC., <br><br> Plaintiff, <br> v. <br><br> SCOTTSDALE INDEMNITY CO., et al, <br><br> Defendants. | Case No.: C 12-6220 PSG <br><br> **STANDBY ORDER TO SHOW CAUSE** |

The court has been informed that the parties have reached a settlement. Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than July 31, 2013.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, August 6, 2013 at 10:00 a.m. to show cause why the case should not be dismissed.

Dated: June 24, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER